Matter of Miner Realty & Prop. Mgt., LLC v Lockhart (2026 NY Slip Op 00686)

Matter of Miner Realty & Prop. Mgt., LLC v Lockhart

2026 NY Slip Op 00686

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, OGDEN, AND DELCONTE, JJ.

78 CA 25-00549

[*1]IN THE MATTER OF MINER REALTY AND PROPERTY MANAGEMENT, LLC, PETITIONER-RESPONDENT,
vEDWARD LOCKHART, RESPONDENT-APPELLANT. 

LEGAL SERVICES OF CENTRAL NEW YORK, INC., UTICA (THOMAS J. MOROSCO OF COUNSEL), FOR RESPONDENT-APPELLANT.
MANGANO LAW OFFICE, PLLC, SYRACUSE (KEVIN A. BARONE OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Oneida County Court (Robert Bauer, J.), entered March 25, 2025. The order affirmed a judgment of the Rome City Court. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court